PROB 12C
(6/16)

Report Date: August 17, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 18, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Umar El Rhashi | Case Number: 0980 2:19CR00024-RMP-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: August 6, 2019

| | | |
|---|---|---|
| Original Offense: | Failure to Register As a Sex Offender, 18 U.S.C. § 2250 | |
| Original Sentence: | Prison - 33 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Sentence:<br>(11/09/2020) | Prison - 662 days<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: December 1, 2020 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: November 30, 2025 |

### PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Rhashi allegedly violated mandatory condition number 1 by being charged with Telephone Harassment Threat to Harm, in violation of the Revised Code of Washington (RCW) 9.61.230. This is outlined in the Spokane County sheriff's report case number 2021-10107790.<br><br>On December 4, 2020, Mr. Rhashi's conditions of supervision were explained to him.  He signed paperwork reflecting his full understanding of each condition, and he was provided a copy of these conditions.<br><br>On August 16, 2021, the undersigned officer reviewed a Spokane County sheriff's report which outlined the concerning conduct of Mr. Rhashi. On August 14, 2021, the victim began receiving threatening text messages from Mr. Rhashi. She believed that Mr. Rhashi was going to shoot her.<br><br>Law enforcement arrived on the scene and the victim was in a heated conversation with Mr. Rhashi on the telephone. She turned the speaker phone on so the police could hear the conversation. The police began asking questions and Mr. Rhashi became even more upset |

and demanded to know whom she was talking to. At that point, the police instructed her to hang up the phone.

The victim provided the police with text messages sent from Mr. Rhashi's number which outlined threats against her life. The police contacted the number that was sending the texts and spoke to Mr. Rhashi. He disclosed, after going to bars with the victim, they decided to get a motel room. When they were unable to secure a room, both parties got into a verbal altercation. Mr. Rhashi was questioned if he threatened her with a gun and he denied having a gun or threatening the victim.

Shortly after the police talked to Mr. Rhashi, the victim began receiving more threatening text messages from Mr. Rhashi's phone number. She uploaded these messages as evidence to a website provided to her by police.

These messages included: "You hurt me now I'm going to make you suffer. I will see you at bobs house when I go to the red top I have my gun I'm going to have it when I bring you shit. I'm telling you to watch you back I'm not playing them dudes tell me that you fucked them may God have mercy on you. "

At this point, police found probable cause for charging Mr. Rhashi with telephone harassment with threats to kill, a Class C felony.

2   **Standard Condition #4**: You must be truthful when responding to the questions asked by your probation officer.

**Supporting Evidence**: On August 16, 2021, Mr. Rhashi was allegedly in violation of standard condition number 4 by failing to respond truthfully to questions asked by his probation officer.

On December 4, 2020, Mr. Rhashi's conditions of supervision were explained to him. He signed paperwork reflecting his full understanding of each condition, and he was provided a copy of these conditions.

On August 16, 2021, Mr. Rhashi was directed to report to the U.S. Probation Office. He reported as directed and was questioned regarding any new drug use. He disclosed recent marijuana use, but adamantly denied using methamphetamine. He was given numerous chances to be honest with this officer. The undersigned specifically asked a second time if he had used methamphetamine and he again denied any additional drug use.

Mr. Rhashi supplied a urine sample that tested presumptive positive for methamphetamine. He finally disclosed his use after he was confronted with the test results. When asked why he was dishonest with the officer, Mr. Rhashi said, "I thought it would be out of my system by now."

3   **Special Condition #8:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On August 16, 2021, Mr. Rhashi allegedly violated special condition number 8 by testing positive for methamphetamine.

Prob12C
**Re: Rhashi, Umar El**
**August 17, 2021**
**Page 3**

On December 4, 2020, Mr. Rhashi's conditions of supervision were explained to him. He signed paperwork reflecting his full understanding of each condition, and he was provided a copy of these conditions.

On August 16, 2021, Mr. Rhashi was instructed to supply a urine sample at the U.S. Probation Office. He supplied the sample as instructed, which tested positive for methamphetamine. He initially denied the use, but later disclosed he had used methamphetamine on or about August 10, 2021. He signed a drug use admission form.

4  **Special Condition # 8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On August 16, 2021, Mr. Rhashi allegedly violated special condition number 8 by testing positive for marijuana.

On December 4, 2020, Mr. Rhashi's conditions of supervision were explained to him. He signed paperwork reflecting his full understanding of each condition, and he was provided a copy of these conditions.

On August 16, 2021, Mr. Rhashi was instructed to supply a urine sample at the U.S. Probation Office. He supplied the sample as instructed, which tested positive for marijuana. He signed a drug use admission form stating he used marijuana on August 10, 2021.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/17/2021

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

8/18/2021
Date