PROB 12C
(6/16)

Report Date: June 20, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 20, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Umar El Rhashi      Case Number: 0980 2:19CR00024-RMP-1

Address of Offender: ███████████████ Chicago, IL 60605

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: August 6, 2019

| | | |
|---|---|---|
| Original Offense: | Failure to Register As a Sex Offender, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 33 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Sentence: (November 9, 2020) | Prison - 662 days; TSR - 60 months | |
| Revocation Sentence: (October 15, 2021) | Prison - 5 months; TSR - 31 months | |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: January 27, 2022 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: Tolling |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/24/2022, 06/10/2022 and 07/28/2022.

On January 31, 2022, Mr. Umar El Rhashi's conditions of supervised release were reviewed with him telephonically given the then ongoing pandemic. On February 3, 2022, his signed conditions were received by e-mail, relative to case number 2:19CR00024-RMP-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |
| | **Supporting Evidence**: Mr. Rhashi is alleged to have violated standard condition number 3 by being arrested by the Chicago Police Department in Chicago, Illinois, on or about May 25, 2023. At no time had Mr. Rhashi received permission from the U.S. Probation Office to travel out of the Eastern District of Washington. |

Prob12C
Re: Rhashi, Umar El
June 20, 2023
Page 2

Specifically, on May 25, 2023, the U.S. Probation Office in Spokane, received automated notification that the client's name had been run by law enforcement in Chicago, Illinois. Mr. Rhashi's arrest occurring on that date, as well as his detention status in the district, was confirmed after follow-up by the U.S. Probation Office in Spokane.

On May 26, 2023, Mr. Rhashi's Rule 5 hearing was conducted in the Northern District of Illinois, during which Mr. Rhashi was ordered to remain in custody pending transfer to the Eastern District of Washington, for adjudication of his current violation conduct pending before the Court.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  June 20, 2023

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[x]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Deshuna Malouf Peterson*

Signature of Judicial Officer

6/20/2023

Date