PROB 12C
(6/16)

Report Date: July 28, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 28, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Umar El Rhashi | Case Number: 0980 2:19CR00024-RMP-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: August 6, 2019

| | | |
|---|---|---|
| Original Offense: | Failure to Register As a Sex Offender, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 33 months;<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Sentence:<br>(November 9, 2020) | Prison - 662 days;<br>TSR - 60 months | |
| Revocation Sentence:<br>(October 15, 2021): | Prison - 5 months;<br>TSR - 31 months | |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: January 27, 2022 |
| Defense Attorney: | Christina Wong | Date Supervision Expires: August 26, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 5/24/2022, and 6/10/2022.

On January 31, 2022, Mr. Umar El Rhashi's conditions of supervised release were reviewed with him telephonically given the ongoing pandemic. On February 3, 2022, his signed conditions were received by e-mail, relative to case number 2:19CR00024-RMP-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| 7 | **Mandatory Condition #5**: You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. |

Prob12C
Re: Rhashi, Umar El
July 28, 2022
Page 2

**Supporting Evidence**: Mr. Rhashi is alleged to have violated mandatory conditions number 1 and 5 by failing to update his registration status with the Spokane County Sheriff's Office on or about June 14, 2022, as directed. Mr. Rhashi has not done so at any point thereafter, and charges are now being requested by the agency for Fail to Register as Sex or Kidnaping Offender, in violation of R.C.W. 9A.44.132 a Class C felony.

Specifically, on July 27, 2022, police reports were received from the Spokane County Sheriff's Office, to include a completed statement of the investigating officer, affidavit of facts and charging request. According to police reports, Mr. Rhashi updated his sex offender registration status in person with the agency on June 7, 2022. Mr. Rhashi was at the time of the update deemed "transient" by the agency and as a result, he was directed to report back to the agency on June 14, 2022. Reports indicate that Mr. Rhashi then failed to report back to the agency as required on June 14, 2022, or at any point thereafter.

The report concludes noting the detectives having developed probable cause to charge Mr. Rhashi with failing to register as a sex offender and charges have now been submitted to the prosecutor's office for review.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 28, 2022

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

7/27/2022
Date