PROB 12C
(6/16)

Report Date: June 10, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Umar El Rhashi | Case Number: 0980 2:19CR00024-RMP-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: August 6, 2019

| | | |
|---|---|---|
| Original Offense: | Failure to Register As a Sex Offender, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 33 months;<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Sentence:<br>(November 9, 2020) | Prison - 662 days;<br>TSR - 60 months | |
| Revocation Sentence:<br>(October 15, 2021) | Prison - 5 months;<br>TSR - 31 months | |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: January 27, 2022 |
| Defense Attorney: | Christina Wong | Date Supervision Expires: August 26, 2024 |

### PETITIONING THE COURT

To issue a **WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/24/2022.

On January 31, 2022, Mr. Umar El Rhashi's conditions of supervised release were reviewed with him telephonically given the ongoing pandemic. On February 3, 2022, his signed conditions were received by e-mail, relative to case number 2:19CR00024-RMP-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least ten days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: Mr. Umar Rhashi is alleged to have violated standard condition number 5 by failing to reside at his assigned address beginning on or about May 28 through June 10, 2022.

Specifically, on June 9, 2022, the undersigned officer was contacted by the contract polygraph provider who sought to remind this officer of the client's scheduled polygraph set for that date at 1 p.m. In an attempt to remind the client, the undersigned officer attempted to call the client, but received an automated message indicating that the client's device was not accepting incoming calls. The undersigned officer then contacted the Union Gospel Mission, where the client had been staying, who indicated that the client had a medical hold on his bed (referring to his having been in the hospital) from May 28, through June 6, and that on June 7, 2022, Mr. Rhashi reported to the facility, acquired all personal property and departed the facility on good terms. Facility staff clarified that they did not require medical documentation to hold the client's bed, but rather just that the client call in daily to verify his medical status with them.

On June 9, 2022, at 11:40 a.m. the undersigned officer received a call from Mr. Rhashi, who indicated that he had yesterday acquired a cheaper cell phone plan which is why his phone was shut off. Mr. Rhashi was directed to report on the day in question, after submitting to polygraph testing as required.

At approximately 2 p.m. on the day in question, Mr. Rhashi reported as directed. Mr. Rhashi volunteered that he had shown some reaction to a question posed during polygraph testing this date as to previous residency. Mr. Rhashi explained this by admitting that he did last night stay at his wife's daughter's address on the South Hill. Mr. Rhashi indicated that he was not sure of the exact address, but indicated that she did not have children. Mr. Rhashi stated that he stayed the night after meeting his wife there to discuss her medical need and their relationship.

Mr. Rhashi indicated that he had been in Sacred Heart Hospital from on or about May 28, ending June 8, 2022, and that his property remained at the Union Gospel Mission. Mr. Rhashi indicated that he had medical documentation to support his statement, and committed to providing it to this officer on the day in question once he arrived back at the Union Gospel Mission where he again committed to residing this evening.

Following Mr. Rhashi's departure from the office, the undersigned officer again contacted the Union Gospel Mission to clarify the client's previous statements. This officer this time spoke with a different staff member from whom this officer had previously discussed the client's case, who again confirmed that the client had a medical bed hold from May 28 or 29, through June 7, 2022, when the client reported to the facility, acquired his personal possessions and checked out on good terms. Staff clarified that the client had since not returned to the facility. It should be noted that upon receiving Mr. Rhashi's polygraph report later on the day in question, it was observed that during testing the client stated that he had resided at the Union Gospel Mission every night from May 14, through June 8, 2022, a statement contradicted by Union Gospel Mission staff and by the client himself during discussion with this officer.

Prob12C
**Re: Rhashi, Umar El**
**June 10, 2022**
**Page 3**

Mr. Rhashi subsequently failed to provide this officer with relevant medical documentation supporting his claims as he had previously committed to doing. On June 10, 2022, the undersigned officer contacted the Union Gospel Mission, who indicated that the client had not stayed at the facility the night prior, as he had previously indicated that he would do to this officer. The undersigned officer then contacted the Sacred Heart Hospital records department who confirmed that the client was most recently in their emergency room on May 22, 2022, and that he checked out on the same day. The hospital confirmed that he had not been in the facility since.

4   **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: Mr. Umar El Rhashi is alleged to have violated standard condition number 13 by failing to provide medical documentation to allow for verification of hospital placement on June 9, 2022, as directed.

Specifically, on June 9, 2022, Mr. Rhashi reported to the U.S. Probation Office in Spokane and was confronted as to information received indicating that he had not been staying at the Union Gospel Mission from the dates of May 28, through June 9, 2022. Mr. Rhashi admitted to having stayed at his wife's daughter's address last night, for which he could not recall the address, but indicated that he had otherwise been at Sacred Heart from May 28, through June 8, 2022, when he discharged. Mr. Rhashi further indicated that he had medical documentation to support the statement. Mr. Rhashi was directed to provide the documentation to this officer on the day in question and he committed to doing so, indicating that it was in his property at the Union Gospel Mission. Mr. Rhashi indicated that he would be staying at the Union Gospel Mission this evening, and would provide the documentation to this officer upon his return there.

Mr. Rhashi failed to provide the documentation as required and directed. Further, on June 10, 2022, the undersigned officer contacted the Union Gospel Mission who verified that the client did not stay there the previous night, as he indicated that he would. The undersigned officer then contacted the Sacred Heart Hospital medical record's department, who indicated that the client had been seen in their emergency room on May 22, 2022, but that he checked out the same day and had not been engaged in services with them since.

5   **Special Condition # 11**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Umar El Rhashi is alleged to have violated special condition number 11 by failing to appear for random urinalysis testing with the contract provider on June 8, 2022, when his assigned color was called by the provider.

Specifically, on June 9, 2022, the undersigned officer received notification from Pioneer Human Services in Spokane, that the client had failed to appear for random urinalysis testing on June 8, 2022, when his assigned color of brown was called. Mr. Rhashi subsequently contacted this officer on the day in question and reported as directed.

Prob12C
Re: Rhashi, Umar El
June 10, 2022
Page 4

Mr. Rhashi subsequently provided a urinalysis sample for testing that appeared presumptive positive for both fentanyl and benzodiazepines. Mr. Rhashi denied use and the sample was forwarded to the lab for verification. Mr. Rhashi admitted to having forgotten to call on June 8, 2022, when his assigned color was called, indicating that he had not anticipated that the provider would call his assigned color two days in a row.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 10, 2022

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

6/10/2022
Date